UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
AGRIBUSINESS UNITED DMCC,                            :       1:19-CV-6958
                                                     :
       Plaintiff,                                    :
                                                     :
vs.                                                  :
                                                     :
LOUIS DREYFUS COMPANY SA,                            :
                                                     :
       Defendant.                                    :
------------------------------------------------------------------------X

## PLAINTIFF'S MOTION FOR AN ORDER AUTHORIZING ISSUANCE OF COMPULSORY PROCESS

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Plaintiff, AGRIBUSINESS UNITED DMCC (hereinafter "Plaintiff"), by and through its undersigned counsel, and files this Motion for an Order Authorizing Issuance of Compulsory Process pursuant to the provisions of Rule B(3)(a) of the Supplemental Rules for Certain Admiralty or Maritime Claims and Asset Forfeiture Actions (hereinafter "Supplemental Rule B"), and respectfully shows the Court as follows:

## PROCEDURAL BACKGROUND

On July 25, 2019, Plaintiff filed a Verified Complaint in the above captioned matter with a prayer for an Order authorizing the Issuance of Process of Maritime Attachment and Garnishment pursuant Supplemental Rule B. *See* Doc. 1. The Court issued an Order authorizing the Clerk of Court to issue a Writ of Attachment to garnishee Société Generale. *See* Doc. 8.

On July 30, 2019, the Clerk issued the Process of Maritime Attachment and Garnishment to Plaintiff and Plaintiff caused same together with a copy of the Verified Complaint to be served on Société Generale. Specifically, on July 31, 2019, garnishee Société Generale was personally served at 245 Park Avenue, New York, New York 10167 with Process of Maritime Attachment

and Garnishment together with a set of garnishee interrogatories. *Attached hereto is a copy of Legal Process Served on Société Generale*, **Exhibit 1**. Accordingly, Société Generale was required to file its answer and responses to the interrogatories within 21 days following service, as required by Supplemental Rule B. *Attached hereto is a copy of Plaintiff's letter to garnishee Société Generale*, **Exhibit 2**. The deadline for Société Generale to serve its answer to the Writ of Attachment and the responses to interrogatories was August 21, 2019. Société Generale has failed, neglected, and/or refused to file both an answer to the Writ of Attachment and responses to the garnishee interrogatories.[1]

## RELIEF REQUESTED

Compulsory process is warranted as Société Generale has failed to respond to Plaintiff's garnishee interrogatories. Supplemental Rule B(3)(a) provides in relevant part:

> If the garnishee refuses or neglects to answer on oath as to the debts, credits, or effects of the defendant in the garnishee's hands, or any interrogatories concerning such debts, credits, and effects that may be propounded by the plaintiff, the court may award compulsory process against the garnishee.

Fed. R. Civ. P. Supp. Rule B(3)(a). Société Generale has expressly refused to comply with this Court's Order and the Writ of Attachment leaving Plaintiff with no other alternative but to request the issuance of an Order of Compulsory Process. This Honorable Court has authority to issue compulsory process against Société Generale under Rule B(3)(a) and compel BP to answer the Writ of Attachment and interrogatories. *See FILIA COMPANIA NAVIERA, S.A. v. PETROSHIP, S.A.*, No. 81 Civ. 7515 (RWS), 1982 U.S. Dist. LEXIS 9404, at *17 (S.D.N.Y. Mar. 19, 1982) (discussing the court's ability to compel defendant's garnishee to respond to

---

[1] Plaintiff has made several calls and voice messages for garnishee Société Generale but none have been returned by garnishee.

interrogatories inquiring into "debts, credits, or effects" of the defendant). It follows that an Order Authorizing Issuance of Compulsory Process directing the garnishee Société Generale to file its answer to the Writ of Attachment and responses to the garnishee interrogatories is appropriate and necessary as Société Generale has failed to respond.

## CONCLUSION

WHEREFORE, Plaintiff respectfully requests that an Order should be made directing the Clerk to issue a Writ of Compulsory Process to garnishee British Petroleum requiring it to file under oath its answer and responses to interrogatories that have been served as required under Supplemental Rule B(3)(a).

Date:  September 3, 2019
       Oyster Bay, New York                     Respectfully Submitted,

                                                CHALOS & CO, P.C.

                                                 /s/ Briton P. Sparkman
                                                George M. Chalos, Esq. (GC - 8693)
                                                Briton P. Sparkman, Esq. (BS - 5220)
                                                Melissa Patzelt-Russo, Esq.
                                                55 Hamilton Ave.
                                                Oyster Bay, NY 11771
                                                Tel: (516) 714-4300
                                                Fax: (866) 702-4577
                                                E-mail: gmc@chaloslaw.com
                                                        bsparkman@chaloslaw.com
                                                        mrusso@chaloslaw.com

                                                *Attorneys for Plaintiff*
                                                *Agribusiness United DMCC*

**CERTIFICATE OF CONFERENCE**

  I hereby certify that on this 3rd day of September 2019, garnishee, Société Generale, has not answered, moved, or otherwise appeared in this action.

/s/ Briton P. Sparkman  
Briton P. Sparkman

**CERTIFICATE OF SERVICE**

  I hereby certify that on this 3rd day of September 2019, a true and correct copy of Plaintiff's motion was served on all counsel of record via CM/ECF and that a true and correct copy of Plaintiff's motion was served on the following via Federal Express:

Société Generale  
245 Park Avenue  
New York, New York 10167

/s/ Briton P. Sparkman  
Briton P. Sparkman
