UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
AGRIBUSINESS UNITED DMCC,                :     1:19-CV-6958
                                          :
      Plaintiff,                         :
                                          :
vs.                                       :
                                          :
LOUIS DREYFUS COMPANY SA,                :
                                          :
      Defendant.                         :
----------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/5/19

## ORDER

On September 3, 2019, Plaintiff AGRIBUSINESS UNITED DMCC, filed a Motion for an Order Authorizing Issuance of Compulsory Process in the above captioned suit to require Société Generale to file the said garnishee's answer to the Writ of Attachment and responses to interrogatories as required under Rule B(3)(a) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.

The Court has reviewed and considered the Motion along with exhibits in support thereof, and it has determined that good cause has been shown for compulsory process to issue against the Garnishee Société Generale. **ACCORDINGLY, IT IS HEREBY:**

**ORDERED** that the Clerk shall issue Compulsory Process against Garnishee Société Generale commanding it to serve its answer under oath to the Writ of Attachment and to answer the interrogatories that were served on July 31, 2019 and to do so within 10 days from the issuance of the compulsory process, and failing to do so, and on application of Plaintiff, the said Garnishee may be ordered to show cause why it should not be held in contempt for not abiding with this order and for reasonable attorney fees and costs incurred by Plaintiff in the matter.

**SO ORDERED.**

SIGNED at New York, New York this 5th day of September, 2019

                                                        *Paul A. Engelmayer*
                                           PAUL A. ENGELMAYER
                                         UNITED STATES DISTRICT JUDGE