UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
AGRIBUSINESS UNITED DMCC,                 :    1:19-CV-6958
                                          :
      Plaintiff,                          :
                                          :
vs.                                       :
                                          :
LOUIS DREYFUS COMPANY SA,                 :
                                          :
      Defendant.                          :
------------------------------------------------------------------X

## WRIT OF COMPULSORY PROCESS

**WHEREAS**, Plaintiff, AGRIBUSINESS UNITED DMCC, filed a Motion for an Order Authorizing Issuance of Compulsory Process in the above captioned suit to require Garnishee Société Generale to file the said garnishee's answer the Writ of Attachment and respond to the interrogatories as required under Rule B(3)(a) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions of the Federal Rules of Civil Procedure;

**WHEREAS**, the Court reviewed the unopposed Motion for the Issuance of Compulsory Process and found that the conditions for compulsory process appeared to exist and entered an Order so stating and authorizing the issuance of compulsory process;

**NOW THEREFORE, WE HEREBY COMMAND YOU**, Société Generale, in your capacity as garnishee in the above-captioned action, to serve an answer to the Writ of Attachment under oath and to serve your responses to the garnishee interrogatories that were served on July 31, 2019 and to do so within ten (10) days from the date of this Writ;

Failure to comply with this Writ may subject you to the lawful consequences of willful failure to obey an Order of this Court.

Witness, the Honorable Paul A. Englemayer, United States District Judge for the Southern District of New York this 5th day of September 2019.

*Paul A. Englemayer*
PAUL A. ENGLEMAYER
UNITED STATES DISTRICT JUDGE