```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                    :
AGRIBUSINESS UNITED DMCC,                           :
                                                    :      19 Civ. 6958 (PAE)
                            Plaintiff,              :
                                                    :           ORDER
              -v-                                   :
                                                    :
LOUIS DREYFUS COMPANY SA, and                       :
LOUIS DREYFUS COMPANY SUISSE SA,                    :
                                                    :
                            Defendants.             :
                                                    :
------------------------------------------------------------------------X
```

PAUL A. ENGELMAYER, District Judge:

On July 25, 2019, plaintiff filed the complaint in this action and a motion for a writ of attachment and garnishment as to Louis Dreyfus Company SA. Dkts. 1, 5. On July 30, 3019, the Court authorized the issuance of process of maritime attachment and garnishment. Dkt. 8. On September 3, 2019, the plaintiff filed a motion for an order authorizing issuance of compulsory process against the Garnishee Société Generale, commanding it to serve its answer under oath to the writ of attachment and to answer the interrogatories that were served upon it. Dkt. 10. On September 5, 2020, the Court granted that motion. Dkt. 11. On December 13, 2019, plaintiff filed a motion for leave to file an amended complaint, which the Court granted on December 19, 2019. Dkts. 13–14. On December 26, 2019, the Court authorized the requested issuance of process of maritime attachment and garnishment as to Louis Dreyfus Company SA and Louis Dreyfus Company Suisse SA. Dkt. 23. No further action has been taken in this case.

The Court directs the plaintiff to file a letter with a status update and anticipated next steps by November 9, 2020.

1

SO ORDERED.

_____
Paul A. Engelmayer
United States District Judge

Dated: October 27, 2020
       New York, New York